IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW SCHULTZ,<br><br>        Plaintiff,<br><br>v.<br><br>INSIGHT DIRECT USA, INC.,<br><br>        Defendant. | Case No. 1:23-cv-03229<br><br>Judge Lindsay C. Jenkins |

**ORDER GRANTING STIPULATED MOTION TO STAY PENDING ARBITRATION**

Pursuant to the Stipulated Motion to Stay Action Pending Arbitration by Plaintiff Andrew Schultz and Defendant Insight Direct USA, Inc., and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. This case, and all proceedings and deadlines herein, are stayed pending final and binding non-judicial arbitration;

2. Plaintiff will initiate arbitration proceedings in accordance with the parties' arbitration agreement;

3. The arbitration shall be conducted pursuant to the Employment Arbitration Rules of the American Arbitration Association ("AAA"); and

4. This Court retains jurisdiction over this matter solely for the purpose of enforcing the arbitration award.

Dated: June 30, 2023

By: _____
Lindsay C. Jenkins
United States District Judge